IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVE D. STEWART,

        Plaintiff,

                                  Civil No. 06-6298-ST

       v.                             JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration,

        Defendant.
_____

STEWART, Magistrate Judge:

      Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 USC § 405(g) for the calculation and award of benefits.

      DATED this 31st day of March, 2008.

                                                  __/s/ Janice M. Stewart _____
                                                  Janice M. Stewart
                                                  United States Magistrate Judge

1 - JUDGMENT