Kathryn Tassinari, OSB# 80115
Brent Wells
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR  97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED 08 JUL 01 12:03USDC-ORP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EVE D. STEWART, ) | |
| ) | |
| Plaintiff, ) | Civil No. 08-6298-ST |
| ) | |
| vs. ) | ORDER  FOR PAYMENT OF ATTORNEY |
| ) | FEES AND LEGAL ASSISTANT FEES |
| MICHAEL J. ASTRUE, ) | PURSUANT TO EAJA |
| Commissioner, Social Security ) | |
| Administration , ) | |
| ) | |
| Defendant. ) | |
| _____) | |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney

fees in the amount of $4,516.63 and legal assistant fees in the amount of $2,124.00, submitted by

the parties herein, plaintiff's Motion for payment of fees is hereby granted as full settlement of

any and all claims for attorney and legal assistant fees under EAJA.

Attorney and legal assistant fees in the sum of $6,640.63 are awarded to plaintiff, payable

to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C. There are no

other costs or expenses to be paid herein.

IT IS SO ORDERED on this _____ day of _____ 2008.

_____
U.S. District Judge

PRESENTED BY:

By: ___s/ Kathryn Tassinari_____
    Kathryn Tassinari, OSB #80115
    Harder, Wells, Baron & Manning, P.C.
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES & LEGAL ASSISTANT FEES
PURSUANT TO EAJA